# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## INTRODUCTION AND AGENT BACKGROUND

1. I, Justin Blais, depose and make this affidavit in support of a criminal complaint and request for an arrest warrant against Andrew Blais ("Blais"), for the offense of possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. § 922(g)(1).

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since 2017.  I currently work out of the ATF Maine Field Office in Bangor, Maine. Prior to joining the ATF I worked as a full-time police officer in Farmington, Maine.  In my capacity as an ATF Special Agent, my duties include conducting criminal investigations concerning alleged violations of the Federal firearms laws, including those dealing with prohibited individuals in possession of firearms.  I have acquired knowledge and experience as to firearms and ammunition due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications.

3. I base this affidavit on my own investigation, my personal knowledge, and my training and experience, as well as discussions with other law enforcement personnel and my reading of investigative reports and review of documentary and tangible evidence. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested arrest warrant.

## PROBABLE CAUSE

4. The ATF is conducting a criminal investigation of Andrew Blais regarding violations of federal law, to include possession of a firearm and ammunition by a prohibited person.

5. On October 13, 2023, Officer Brian Higgins of the Bangor Police Department conducted a motor vehicle stop in Bangor. He identified the vehicle's driver as Jane Doe and the only passenger as the Defendant, Andrew Blais. Officer Higgins learned that Doe could not lawfully operate a vehicle and that Blais had an active arrest warrant. Bangor Officer Canarr arrived to assist.

6. Blais was ordered to exit the vehicle. As he complied it appeared Blais was reaching towards his waistline. Officer Higgins ordered him to place his hands on the vehicle and Blais failed to comply with that command and argued with the officer. Officer Higgins then attempted to place Blais in handcuffs and Blais resisted. Officer Canarr assisted and Blais was placed in handcuffs. Officer Canarr asked Blais if he had any weapons on his person. Blais stated he had a handgun. Officer Canarr located a pistol in his waistband. The officers also located what appeared to be crack cocaine, in a pocket of Blais. Officer Higgins contacted his dispatch to inquire if Blais was prohibited, and Blais himself stated he was a felon and not allowed to possess a firearm.

7. Blais was later patted down, prior to being secured in a vehicle. He grew agitated as the officer approached his groin area. At the Penobscot County Jail, a body scan revealed there was an object concealed in his groin area. Officers recovered a plastic bag that contained a number of small plastic bags, banded together. The bags appeared to contain fentanyl. The Drug Enforcement Administration ("DEA") ultimately seized and tested this substance and determined the bags did indeed contain fentanyl, as well as xylazine.

8. The firearm recovered from Blais was identified as a Sig Sauer, model P365, 9mm pistol, bearing serial number 66A222759. That firearm was not

manufactured in Maine. There were several rounds of ammunition recovered with the firearm, which were likewise not manufactured in Maine.

9. Blais' criminal history at the time of this incident included a 2015 conviction for Unlawful Trafficking in Scheduled Drugs, in the Penobscot Criminal Docket Court, Docket No. CR-2015-00451. In 2015, Blais was sentenced to serve a term of imprisonment of more than one year in that docket.

## CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to believe, and I do believe, that Andrew Blais possessed a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1), on about October 13, 2023. I respectfully request that a criminal complaint be issued to support the arrest of Andrew Blais and to charge him with a violation of 18 U.S.C. § 922(g)(1).

Dated at Bangor, Maine this __21st__ day of December, 2023.

_____
Justin Blais
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Dec 26 2023

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title